THEODORE K. STREAM, State Bar No. 138160
Email: Ted.Stream@greshamsavage.com
GRESHAM SAVAGE NOLAN & TILDEN
A Professional Corporation
3750 University Avenue, Suite 250
Riverside, CA 92501-3335

LISA H. MEYERHOFF (Admitted *Pro Hac Vice*)
Texas Bar No. 14000255
Email: Lisa.Meyerhoff@Bakermckenzie.com
MYALL S. HAWKINS (Admitted *Pro Hac Vice*)
Texas Bar No. 09250320
Email:   Myall.Hawkins@Bakermckenzie.com
BAKER & McKENZIE LLP
700 Louisiana, Suite 3000
Houston, Texas 77002
Telephone:   (713) 427-5000
Facsimile:   (713) 427-5099

Attorneys for Plaintiff
Minka Lighting, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MINKA LIGHTING, INC.,<br>Plaintiff,<br><br>v.<br><br>BATH KITCHEN DÉCOR, LLC d/b/a EAGLES LIGHTING LLC, LARRY KRAZYMAN, Individually, and DAVID TROPPER, Individually,<br>Defendants. | **C.A. No. 5:13-cv-02370-RGK-MRW**<br><br>**PLAINTIFF'S MOTION IN LIMINE NO. 4 FOR AN ORDER EXCLUDING TESTIMONY AND EVIDENCE REGARDING DEFENDANT KRAYZMAN'S OR TROPPER'S RELIGIOUS AFFILIATION OR CIRCUMSTANCES OF THEIR ORIGINAL RELATIONSHIP; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**Pretrial Conference: February 23, 2015**<br>**Jury Trial Date: March 3, 2015**<br><br>**Hon. R. Gary Klausner**<br><br>**[filed concurrently with [Proposed] Order]** |

**TO DEFENDANTS AND THEIR ATTORNEY OF RECORD**:

PLEASE TAKE NOTICE that on March 3, 2015 at 9:00 a.m., before the

Honorable R. Gary Klausner in Courtroom 850 of the above-entitled Court located at

255 East Temple Street, Los Angeles, California 90012, Plaintiff Minka Lighting, Inc. ("Plaintiff" or "Minka) will and does hereby move this Court, for an order excluding any and all references to, argument of, or testimony and evidence regarding Defendants Krayzman's or Tropper's religious affiliation or circumstances of their original relationship. Such evidence is inadmissible under Fed. R. Evid. 403, and would prejudice Minka's presentation of the liability facts and request for damages, as well as confuse the trier of fact as to the relevance of such testimony and evidence.

    This Motion is based on this Notice, the attached Memorandum of Points and Authorities, and all other evidence and argument that the Court may consider in connection with this Motion.

    Pursuant to Local Rule 7-3, this Motion is made following a telephonic meeting between counsel on January 16, 2015 regarding this motion in limine. Counsel were unable to resolve this evidentiary issue.

Dated: January 16, 2015

BAKER & McKENZIE LLP

By: /s/ Myall S. Hawkins
    Myall S. Hawkins
    Attorneys for Plaintiff
    Minka Lighting, Inc.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. LEGAL ARGUMENT AND AUTHORITIES

Under Federal Rule of Civil Evidence 403, the "court may exclude evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence."

During the course of this case, through their pleadings and written and oral communications, Defendants have interjected their religious affiliation, strict observance to the tenets of their religion, and the circumstances of how Defendant Tropper met Defendant Krayzman as his religious teacher.

Plaintiff seeks to exclude in limine any of the above arguments as Defendants Krayzman's and Tropper's religious affiliation has no relevance to any triable issue in this case, and its introduction would be for the sole purpose of garnering an affiliation with a juror of the same faith or religion, or to evoke sympathy.

## II. CONCLUSION

For the reasons set forth above, Minka respectfully requests that the Court exclude any and all reference to, argument of, testimony and evidence regarding Defendant Krayzman's or Tropper's religious affiliation, strict observance to the tenets of their religion or faith, and the circumstances of how Defendant Tropper met Defendant Krayzman as his religious teacher.

Dated: January 16, 2015

BAKER & McKENZIE LLP

By: /s/ Myall S. Hawkins
    Myall S. Hawkins
    Attorneys for Plaintiff
    Minka Lighting, Inc.

U.S. DISTRICT COURT; CENTRAL DISTRICT OF CALIFORNIA
C.A. NO. 5:13-CV-02370-RGK-MRW

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Harris County, Texas. I am over the age of eighteen years and not a party to the within-entitled action. I am employed in the office of a member of the bar of this Court at whose direction the service was made. My business address is 700 Louisiana, Suite 3000, Houston, Texas 77002.

On January 16, 2015, a copy of the following document:

**PLAINTIFF'S MOTION IN LIMINE NO. 4 FOR AN ORDER EXCLUDING TESTIMONY AND EVIDENCE REGARDING DEFENDANT KRAYZMAN OR TROPPER'S RELIGIOUS AFFILIATION OR CIRCUMSTANCES OF THEIR ORIGINAL RELATIONSHIP; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

were served on the Defendants' attorneys of record in this action by electronic filing as follows:

YITZCHAK ZELMAN (Admitted *Pro Hac Vice*)
New York Bar No. (YZ5857)
Law Office of Alan J. Sasson, P.C.
yzelman@sassonlaw.com
1669 East 12th Street, 2nd Floor
Brooklyn, New York 11229

GARY BARSEGIAN (Local counsel)
California Bar No. (213861)
gbarsegian@garyesq.com
Law Offices of Gary Barsegian
2001 West Magnolia Boulevard, Suite A
Burbank, CA 91506

I declare under penalty of perjury that the above is true and correct and that this Declaration is executed on January 16, 2015 in Houston, Texas.

/s/ Myall S. Hawkins
Myall S. Hawkins