THEODORE K. STREAM, State Bar No. 138160
Email: Ted.Stream@greshamsavage.com
GRESHAM SAVAGE NOLAN & TILDEN
A Professional Corporation
3750 University Avenue, Suite 250
Riverside, CA  92501-3335

LISA H. MEYERHOFF (Admitted *Pro Hac Vice*)
Texas Bar No. 14000255
Email: Lisa.Meyerhoff@Bakermckenzie.com
MYALL S. HAWKINS (Admitted *Pro Hac Vice*)
Texas Bar No. 09250320
Email:  Myall.Hawkins@Bakermckenzie.com
BAKER & McKENZIE LLP
700 Louisiana, Suite 3000
Houston, Texas 77002
Telephone:  (713) 427-5000
Facsimile:   (713) 427-5099

Attorneys for Plaintiff
Minka Lighting, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MINKA LIGHTING, INC.,<br>Plaintiff,<br><br>v.<br><br>BATH KITCHEN DÉCOR, LLC d/b/a EAGLES LIGHTING LLC, LARRY KRAZYMAN, Individually, and DAVID TROPPER, Individually,<br>Defendants. | **C.A. No. 5:13-cv-02370-RGK-MRW**<br><br>**PLAINTIFF'S MOTION IN LIMINE NO. 7 FOR AN ORDER EXCLUDING TESTIMONY OR EVIDENCE REGARDING DEFENDANTS KRAYZMAN'S AND TROPPER'S INDIVIDUAL LIABILITY BEFORE THEY FORMED DEFENDANT BKD LLC; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**Pretrial Conference: February 23, 2015**<br>**Jury Trial Date:  March 3, 2015**<br><br>**Hon. R. Gary Klausner**<br><br>[filed concurrently with [Proposed] Order] |

**TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on March 3, 2015 at 9:00 a.m., before the Honorable R. Gary Klausner in Courtroom 850 of the above-entitled Court located at 255 East Temple Street, Los Angeles, California 90012, Plaintiff Minka Lighting, Inc.

("Plaintiff" or "Minka") will and does hereby move this Court, for an order excluding any and all testimony or evidence regarding Defendants Krayzman's and Tropper's individual liability before they formed Defendant BKD LLC. Such testimony and evidence are inadmissible under Fed. R. Evid. 403, and would prejudice Minka's presentation of the liability facts and request for damages, as well as confuse the trier of fact as to the relevance of such testimony and evidence. Plaintiff seeks to limine out any of the above arguments as their sole purpose is to confuse or prejudice the jury from fairly determining Defendants' individual liability and potential damages. This Motion is based on this Notice, the attached Memorandum of Points and Authorities, and all other evidence and argument that the Court may consider in connection with this Motion.

  Pursuant to Local Rule 7-3, this Motion is made following a telephonic meeting between counsel on January 16, 2015 regarding this motion in limine. Counsel were unable to resolve this evidentiary issue.

Dated: January 16, 2015    BAKER & McKENZIE LLP

              By: /s/ Myall S. Hawkins
                Myall S. Hawkins
                Attorneys for Plaintiff
                Minka Lighting, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.     LEGAL ARGUMENT AND AUTHORITIES

Under Federal Rule of Civil Evidence 403, the "court may exclude evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence."

During the course of this case, though their pleadings and written and oral communications, Defendants have attempted to shift their individual liability to Defendant Bath Kitchen Decor, LLC ("BKD") before Defendants Krayzman and Tropper created Defendant BKD almost a year later.  By operation of law, Defendants Krayzman and Tropper are jointly and severally liable for each other's acts, as well as their partnership's acts before Defendant BKD was incorporated.[1]

Any argument or introduction of testimony or evidence that Defendants Krayzman and Tropper cannot be individually liable prior to August 2010 would be contrary to California and Ninth  Circuit law.  *See* Cal. Corp. Code § 16306a) (all partners jointly and severally liable for all obligations of partnership unless otherwise agreed by claimant or provided by law); N.Y. Partnership Law § 26(a) (all partners jointly and severally liable for everything chargeable to partnership); *American States Ins. Co. v. Borbor*, 826 F.2d 888, 892 (9th Cir. 1987); *Sperske v. Rosenberg*, 2012 U.S. Dist. LEXIS 174106, 3 (C.D. Cal. Dec. 6, 2012) citing Cal. Corp. Code  § 16202 and *Blackmon v. Hale*, 1 Cal. 3d 548, 557 (Cal. 1970); *Fonovisa, Inc. v. Cherry Auction, Inc.,* 76 F.3d 259, 262 (9th Cir. 1996)  (vicarious copyright liability described as variation of doctrine of respondeat superior – a form of strict liability premised on agency).

Accordingly, Defendants Krayzman and Tropper should be precluded from referring to, arguing, or introducing any argument or evidence that Defendants

---

[1] Defendants Krayzman and Tropper are also vicariously liable individually for Defendant BKD LLCs acts, but this Motion is limited to their acts prior to incorporating the BKD LLC.

Krayzman and Tropper cannot be individually liable prior to the formation of Defendant BKD LLC.

## II. CONCLUSION

For the reasons set forth above, Minka respectfully requests that the Court exclude any reference, argument of, or testimony or evidence that Defendants Krayzman and Tropper cannot be individually liable before they formed Defendant BKD LLC.

Dated: January 16, 2015

BAKER & McKENZIE LLP

By: /s/ Myall S. Hawkins
    Myall S. Hawkins
    Attorneys for Plaintiff
    Minka Lighting, Inc.

U.S. DISTRICT COURT; CENTRAL DISTRICT OF CALIFORNIA
C.A. NO. 5:13-CV-02370-RGK-MRW

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Harris County, Texas. I am over the age of eighteen years and not a party to the within-entitled action. I am employed in the office of a member of the bar of this Court at whose direction the service was made. My business address is 700 Louisiana, Suite 3000, Houston, Texas 77002.

On January 16, 2015, a copy of the following document:

**PLAINTIFF'S MOTION IN LIMINE NO. 7 FOR AN ORDER EXCLUDING TESTIMONY OR EVIDENCE REGARDING DEFENDANTS KRAYZMAN'S AND TROPPER'S INDIVIDUAL LIABILITY BEFORE THEY FORMED DEFENDANT BKD LLC; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

were served on the Defendants' attorneys of record in this action by electronic filing as follows:

YITZCHAK ZELMAN (Admitted *Pro Hac Vice*)
New York Bar No. (YZ5857)
Law Office of Alan J. Sasson, P.C.
yzelman@sassonlaw.com
1669 East 12th Street, 2nd Floor
Brooklyn, New York 11229

GARY BARSEGIAN (Local counsel)
California Bar No. (213861)
gbarsegian@garyesq.com
Law Offices of Gary Barsegian
2001 West Magnolia Boulevard, Suite A
Burbank, CA 91506

I declare under penalty of perjury that the above is true and correct and that this Declaration is executed on January 16, 2015 in Houston, Texas.

/s/ Myall S. Hawkins
Myall S. Hawkins