THEODORE K. STREAM, State Bar No. 138160
Email: Ted.Stream@greshamsavage.com
GRESHAM SAVAGE NOLAN & TILDEN
A Professional Corporation
3750 University Avenue, Suite 250
Riverside, CA  92501-3335

LISA H. MEYERHOFF (Admitted *Pro Hac Vice*)
Texas Bar No. 14000255
Email: Lisa.Meyerhoff@Bakermckenzie.com
MYALL S. HAWKINS (Admitted *Pro Hac Vice*)
Texas Bar No. 09250320
Email:   Myall.Hawkins@Bakermckenzie.com
BAKER & McKENZIE LLP
700 Louisiana, Suite 3000
Houston, Texas 77002
Telephone:   (713) 427-5000
Facsimile:    (713) 427-5099

Attorneys for Plaintiff Minka Lighting, Inc.

Yitzchak Zelman (Admitted *Pro Hac Vice*)
yzelman@sassonlaw.com
New York Bar No. (YZ5857)
Law Offices of Alan J. Sasson, P.C.
1669 East 12th Street, 2nd Floor
Brooklyn, New York 11229

Attorney for Defendants Defendant Bath Kitchen Decor, LLC d/b/a Eagles Lighting LLC, Larry Krazyman and David Tropper

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MINKA LIGHTING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BATH KITCHEN DÉCOR, LLC d/b/a EAGLES LIGHTING LLC, LARRY KRAZYMAN, Individually, and DAVID TROPPER, Individually,<br><br>    Defendants. | **C.A. No. 5:13-cv-02370-RGK-MRW**<br><br>**NOTICE OF MOTION AND JOINT STIPULATION TO ENTER [PROPOSED] FINAL JUDGMENT AGAINST DEFENDANTS BATH KITCHEN DECOR, LLC D/B/A EAGLES LIGHTING LLC AND LARRY KRAYZMAN, AND DISMISSAL WITHOUT PREJUDICE OF DAVID TROPPER**<br><br>**Pre-Trial:  February 23, 2015**<br>**Jury Trial Date:  March 3, 2015**<br><br>**Judge:   Hon. R. Gary Klausner** |

1

2    Pursuant to the parties' confidential settlement agreement, Plaintiff Minka

3 Lighting, Inc. and Defendants Bath Kitchen Decor, LLC d/b/a Eagles Lighting LLC,

4 Larry Krayzman request that the Court enter the attached [Proposed] Final Judgment

5 against Bath Kitchen Décor, LLC d/b/a Eagles Lighting, LLC and Larry Krayzman,

6 and dismissal without prejudice of David Tropper.

7

8  Dated:    February 27, 2015        BAKER AND MCKENZIE LLP

9

10                                                By:/s/Myall S. Hawkins
                                                    Myall S. Hawkins
11                                                    Attorneys for Plaintiff
                                                    Minka Lighting, Inc.

12  Dated:    February 27, 2015        LAW OFFICES OF ALAN J. SASSON, P.C.

13

14                                                      By:/s/ Yitzchak Zelman*
                                                    Yitzchak Zelman
15                                                    Attorneys for Defendants
                                                    Bath Kitchen Décor, LLC, Larry
16                                                     Krayzman and David Tropper

17                                                    *Signed by permission.

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Harris County, Texas. I am over the age of eighteen years and not a party to the within-entitled action. I am employed in the office of a member of the bar of this Court at whose direction the service was made. My business address is 700 Louisiana, Suite 3000, Houston, Texas 77002.

On February 27, 2015 a copy of:

**NOTICE OF MOTION AND JOINT STIPULATION TO ENTER [PROPOSED] FINAL JUDGMENT AGAINST DEFENDANTS BATH KITCHEN DECOR, LLC D/B/A EAGLES LIGHTING LLC AND LARRY KRAYZMAN, AND DISMISSAL WITHOUT PREJUDICE OF DAVID TROPPER**

was served on the Defendants' attorney of record in this action by electronic filing as follows:

YITZCHAK ZELMAN (Admitted *Pro Hac Vice*)
New York Bar No. (YZ5857)
yzelman@sassonlaw.com
1669 East 12th Street, 2nd Floor
Brooklyn, New York 11229

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the following is true and correct and that this Declaration is executed on February 27, 2015 at Houston, Texas.

/s/Myall S. Hawkins
Myall S. Hawkins