Theodore K. Stream, State Bar No. 138160
Email: Ted.Stream@greshamsavage.com
GRESHAM SAVAGE NOLAN & TILDEN
A Professional Corporation
3750 University Avenue, Suite 250
Riverside, CA  92501-3335

Lisa H. Meyerhoff, (admitted *pro hac vice*)
E-mail: lisa.meyerhoff@bakermckenzie.com
Texas Bar No. 14000255
Myall S. Hawkins (Admitted *Pro Hac Vice*)
Texas Bar No. 09250320
Email:  myall.hawkins@Bakermckenzie.com
BAKER & MCKENZIE LLP
700 Louisiana, Suite 3000
Houston, Texas 77002
Telephone:  (713) 427-5000
Facsimile:   (713) 427-5099

Attorneys for Plaintiffs
Minka Lighting, Inc.

Yitzchak Zelman (Admitted *Pro Hac Vice*)
yzelman@sassonlaw.com
New York Bar No. (YZ5857)
Law Offices of Alan J. Sasson, P.C.
1669 East 12th Street, 2nd Floor
Brooklyn, New York 11229

Attorney for Defendants Defendant Bath Kitchen Decor, LLC d/b/a Eagles Lighting LLC, Larry Krayzman and David Tropper

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MINKA LIGHTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEFENDANT BATH KITCHEN DECOR, LLC D/B/A EAGLES LIGHTING LLC, LARRY KRAYZMAN AND DAVID TROPPER, <br><br> Defendants. | C.A. No. 5:13-cv-02370-RGK-MRW <br><br> [~~PROPOSED~~] **FINAL JUDGMENT AGAINST DEFENDANTS BATH KITCHEN DECOR, LLC D/B/A EAGLES LIGHTING LLC AND LARRY KRAYZMAN** <br><br> **Pre-Trial:  February 23, 2015** <br> **Jury Trial Date:  March 3, 2015** <br><br> **Judge:   Hon. R. Gary Klausner** |

Plaintiff Minka Lighting, Inc. ("Plaintiff") and Defendants Bath Kitchen Decor, LLC d/b/a Eagles Lighting LLC ("BKD"), and Larry Krayzman ("Krayzman") have

asked the Court to enter a Final Judgment against Defendants BKD and Krayzman. The Court makes the following findings of fact:

1. Defendants BKD and Krayzman willfully infringed Plaintiff's copyrights and trademarks, and willfully unfairly competed with Plaintiff.

2. Defendants BKD and Krayzman intentionally interfered with Plaintiff's contracts and prospective relationships with its authorized distributors.

It is therefore, ORDERED, ADJUDGED and DECREED that Defendants Bath Kitchen Decor, LLC d/b/a Eagles Lighting LLC and Larry Krayzman shall pay to Plaintiff Minka Lighting, Inc. the sum of $2,200,000 in monetary damages under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, Lanham Act, 15 U.S.C. §§ 1125, *et seq.*, and Cal. Bus. & Prof. Code §17200, *et seq.* and §17500, *et. seq.*  It is further,

ORDERED, ADJUDGED and DECREED that Plaintiff shall have all writs of execution and other process necessary to enforce this Final Judgment.

Each party shall bear its/his own attorneys' fees and costs.

/////

/////

/////

The Court retains jurisdiction over this matter and the Parties for the purpose of enforcing this Final Judgment.

IT IS SO ORDERED on this 27th day of February, 2015.

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

AGREED TO AS TO FORM AND SUBSTANCE:

Bath Kitchen Decor, LLC d/b/a Eagles Lighting LLC

By: _____
Name: _____
Title: _____
Date: _____

_____
Larry Krayzman, Individually
Date: _____